UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCK JEROME JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPT OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 25-cv-06573-JD<br><br>**ORDER OF DISMISSAL** |

On August 5, 2025, Plaintiff, a prisoner proceeding pro se, filed this mandamus petition. On the same day, the Clerk notified Plaintiff he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.) The Clerk mailed Plaintiff the Court's IFP application along with the deficiency notice, as well as a stamped return envelope and instructions for completing the application. The deficiency notice informed Plaintiff that if he did not respond within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. Plaintiff has not paid the filing fee, completed his IFP application, requested an extension of time, or shown cause why not, this case is dismissed without prejudice.

The Clerk is requested to enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 10/8/2025

JAMES DONATO
United States District Judge